

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00639-CV

CLINTON DONALD JOHNS, Appellant

V.

WILLIAM STEPHENS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, Appellee

Appeal from the 157th District Court of Harris County
(Tr. Ct. No. 2015-17750).

This case is an appeal from the order signed by the trial court on July 1, 2015.
After inspecting the record of the court below, it is the opinion of this Court that it has no
jurisdiction over the appeal. It is therefore **CONSIDERED, ADJUDGED, and
ORDERED** that the appeal be dismissed.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 3, 2015.

Per curiam opinion delivered by panel consisting of Justices Higley, Huddle, and Lloyd.